UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
NEW BERN DIVISION

IN RE:

| | |
|---|---|
| HOBERT KENNEDY SANDERSON, JR. AND DENISE C. SANDERSON, | CASE NO. 17-05040-5-JNC CHAPTER 11 |
| DEBTORS. | |

NOTICE OF APPEARANCE AND REQUEST
FOR SERVICE OF NOTICES, PLEADINGS, AND ORDERS

JOSEPH Z. FROST of STUBBS & PERDUE, P.A., hereby gives notice of his appearance in the above-captioned case as counsel for, and on behalf of, E.B. HARRIS, INC./AUCTIONEERS and ERNEST BOYD HARRIS (collectively, "EB Harris"). The undersigned, pursuant to Rules 2002, 9007 and 9010 of the Federal Rules of Bankruptcy Procedure, requests that all notices given or required to be given in the above-captioned case, and all papers served or required to be served therein, be served upon him.

PLEASE TAKE NOTICE that this request includes and encompasses notices and papers referred to in the Federal Rules of Bankruptcy Procedure and additionally includes, without limitation, notices of any application, complaint, demand, hearing, motion, petition, pleading or request, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, telephone or otherwise.

The undersigned additionally requests that the Debtors HOBERT KENNEDY SANDERSON, JR. (the "Male Debtor") and DENISE C. SANDERSON (the "Female Debtor") (collectively, the "Debtors") and their counsel, creditors and their counsel, all court-appointed committees and their counsel, the Office of the Bankruptcy Administrator, any subsequently appointed Chapter 7 Trustee, Chapter 11 Trustee, or Examiner, and all parties filing a notice of

appearance herein place the foregoing party's name and address on any mailing matrix or list of creditors to be prepared or existing in the above-referenced bankruptcy case.

PLEASE TAKE FURTHER NOTICE that this *Notice of Appearance and Request for Service of Notices, Pleadings, and Orders* (the "Notice of Appearance") is not intended to be, and shall not constitute, a waiver of strict service in connection with any adversary proceeding related to this bankruptcy case, and shall not constitute a waiver of: (1) the right to have final orders in non-core matters entered only after *de novo* review by the United States District Court for the Eastern District of North Carolina (the "District Court"); (2) the right to trial by jury in any proceeding so triable in this cases or any case, controversy, or proceeding related thereto; (3) the right to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal; or (4) any and all other rights, all of which they expressly reserves.

Respectfully submitted this, the 15th day of May, 2018.

**STUBBS & PERDUE, P.A.**

BY:   s/ Joseph Z. Frost

JOSEPH Z. FROST, NCSB No. 44387
jfrost@stubbsperdue.com
efile@stubbsperdue.com

9208 Falls of Neuse Road, Suite 201
Raleigh, North Carolina 27615
Telephone:    (919) 870-6258
Telefax:        (919) 870-6259

Counsel for E.B. Harris, Inc./Auctioneers and
Ernest Boyd Harris

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that he is, and at all times hereinafter mentioned was, more than eighteen (18) years of age, that on this day, a copy of the foregoing **NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF NOTICES, PLEADINGS, AND ORDERS** was served electronically via CM/ECF, notification of which was remitted to the following CM/ECF participants:

Marjorie A. Lynch, Esq.
OFFICE OF THE BANKRUPTCY ADMINISTRATOR
434 Fayetteville Street, Suite 640
Raleigh, North Carolina 27601
*Counsel for Bankruptcy Administrator*

David F. Mills, Esq.
Patricia L. Mallory, Esq.
DAVID F. MILLS, P.A.
1559-B Booker Dairy Road
Smithfield, North Carolina 27577
*Counsel for Debtors*

Constance L. Young, Esq.
Austin D. Roop, Esq.
WOMBLE BOND DICKINSON (US) LLP
301 South College Street, Suite 3500
Charlotte, North Carolina 28202
Counsel for RABO Agrifinance, LLC

J. Michael Fields, Esq.
WARD & SMITH, P.A.
Post Office Box 8088
Greenville, North Carolina 27835-8088
*Counsel for m2 Lease Funds, LLC, Crop Production Services, Inc., and Harvey Fertilizer and Gas Company*

Jean Winborne Boyles, Esq.
JOHNSON HEARN VINEGAR GEE MERCER, PLLC
Post Office Box 1776
Raleigh, North Carolina 27602
*Counsel for New State Funding, LLC d/b/a Bankcard Funding*

Kelly C. Hanley, Esq.
WILLIAMS MULLEN
301 Fayetteville Street, Suite 1700
Raleigh, North Carolina 27601
*Counsel for Financial Pacific Leasing, Inc.*

William F. Hill, Esq.
WILLIAM F. HILL, ATTORNEY AT LAW
Post Office Box 2517
Greenville, North Carolina 27836
*Counsel for Eric Jefferson Pierce*

Pamela P. Keenan
KIRSCHBAUM, NANNEY, KEENAN & GRIFFIN, PA
Post Office Box 19766
Raleigh, North Carolina 27619-9766
*Counsel for Wells Fargo Bank, N.A.*

Russell S. Long, Esq.
DAVIS & KUELTHAU, S.C.
111 E. Kilbourn Ave., Ste. 1400
Milwaukee, Wisconsin 53202
*Counsel for m2 Lease Funds, LLC*

Byron L. Saintsing
Smith Debnam Narron Drake Saintsing & Myers, LLP
Post Office Drawer 26268
Raleigh, North Carolina 27611-6268
*Counsel for De Lage Laden Financial Services, Inc.*

Luther D. Starling, Esq.
DAUGHTRY, WOODARD, LAWRENCE
& STARLING, LLP
Post Office Drawer 1960
Smithfield, North Carolina 27577
*Counsel for Crop Production Services, Inc.*

The undersigned further certifies that, on this day, a copy of the foregoing was deposited with the United States Postal Service, in an envelope bearing sufficient postage, properly addressed to the following non-CM/ECF participants:

Hobert Kennedy Sanderson, Jr.
Denise C. Sanderson
1830 Guinea Town Road
Kinston, North Carolina 28501

Executed this, the 15th day of May, 2018.

                                              s/Joseph Z. Frost
                                              JOSEPH Z. FROST
                                              jfrost@stubbsperdue.com

                                              STUBBS & PERDUE, P.A.
                                              9208 Falls of Neuse Road, Suite 201
                                              Raleigh, North Carolina 27615